# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## *CLERK'S MINUTES - GENERAL*

CASE NO. 8: 02-CR-114-T-17TGW   DATE   June 12, 2009

HONORABLE ELIZABETH A. KOVACHEVICH

| | |
|---|---|
| UNITED STATES OF AMERICA | Anthony Porcelli |
| v. | Government Counsel |
| MOHAMMED SALIM (Custody) | Eric Kuske, Retained |
| Defendant | Defense Counsel |
| COURT RPTR/TAPE   Sandi Lee | DEPUTY CLERK Cindy Leigh-Martin |

TIME  2:05-2:10  TOTAL   /05   Courtroom   17

**PROCEEDINGS:** Motion Hearing. Government Motion for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) - Docket No. 220. Court heard mitigation argument of counsel and GRANTED the motion - Docket No. 220. Defendant sentenced to a term of IMPRISONMENT of TIME SERVED. Defendant REMANDED to custody. See separate First Amended Judgment and Commitment Order.

GENERAL CLERK'S MINUTES
Page 1 of 1